UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| BRIAN MCCOMB, | : | Case No. 3:25-cv-00053 |
| Plaintiff, | : | |
| vs. | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Caroline H. Gentry |
| CEO JOEL BRAY LACKEY, *et al.*, | : | |
| Defendants. | : | |

## NOTICE TO *PRO SE* PLAINTIFF OF DISPOSITIVE MOTION

Two Defendants, Slovin and Associates Co., L.P.A., and Attorney Randy T. Slovin, filed a Motion to Dismiss on July 8, 2025. (Doc. No. 15.) In the Motion, these Defendants ask the Court to immediately resolve the claims against them in their favor without having a trial. You should soon receive a copy of the Motion in the mail from Defendants' attorney.

You must file your Response to Defendants' Motion no later than **August 1, 2025**. If circumstances beyond your control prevent you from meeting this deadline, you must **IMMEDIATELY** file a motion explaining the circumstances and requesting an extension of time. **If you do not file a timely response to Defendants' Motion, the Court may grant it and dismiss some or all of your case.**

You, and all other parties, are **REMINDED** that your Response and all other filings in this case must include a certificate confirming that they have been served on all parties in the case. Please review and become familiar with the Federal Rules of Civil

Procedure, the Court's Local Rules, and A Guide for Pro Se Civil Litigants: Representing Yourself in the United States District Court for the Southern District of Ohio. These materials are available on the Court's website (https://www.ohsd.uscourts.gov/pro-se).

You are also **REMINDED** that you must keep this Court informed of your current address while this case is pending. If you do not, you may miss deadlines, and the Court may dismiss the case for failure to prosecute.

The Clerk of Court is **DIRECTED** to send a printout of the Docket to Plaintiff with this Notice.

**IT IS SO ORDERED**.

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge